IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DANIEL DERRELL REED, JR.                                          PETITIONER

VERSUS                                          CIVIL ACTION NO. 3:23-cv-439-CWR-FKB

JOHN DOE                                                            RESPONDENT

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by reference,

IT IS, HEREBY, ORDERED AND ADJUDGED that this civil action is dismissed without prejudice.

This the 4th day of January, 2024.

*s/ Carlton W. Reeves*
UNITED STATES DISTRICT JUDGE